FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: ARRIVA PHARMACEUTICALS INC.,     No. C-08-00693 PJH
                                        NOTICE OF FILING OF BANKRUPTCY
Plaintiff,                              APPEAL AND ORDER SETTING STATUS
                                        CONFERENCE
v.

RE: ARRIVA PHARMACEUTICALS INC.,

Defendant.
_____/

RE:
  Bankruptcy Case: 07-42767 JT1
  Adversary No.:
  BAP No.: NC-08-1010
  Appellant:

The appeal has been assigned the following case number C-08-00693 PJH before the Honorable Phyllis J. Hamilton.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 5/8/2008 at    in Courtroom 3 17th Flr.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Jan 30, 2008

                                        For the Court
                                        Richard W. Wieking, Clerk

By: Deputy Clerk

cc: USBC
    Counsel of Record