SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER Cal. Bar No. 246048
TIMOTHY C. PERRY, Cal. Bar No. 248543
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for ARRIVA PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

On Appeal from the United States Bankruptcy Court
for the Northern District of California
Hon. Edward D. Jellen

| SONORAN DESERT CHEMICALS, LLC | No. 08-00693 |
| Plaintiff-Appellant, | **CERTIFICATE OF SERVICE** |
| v. | |
| ARRIVA PHARMACEUTICALS, INC. | |
| Defendant-Appellee. | |

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **February 4, 2008**, I served the following document(s) described as

**NOTICE OF PENDENCY OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [Civ. L.R. 3-12]**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **February 4, 2008**, at San Francisco, California.

/s/ James Livingston
James Livingston

## SERVICE LIST

| | |
|---|---|
| Penn Ayers Butler<br>Squire Sanders & Dempsey LLP<br>600 Hansen Way<br>Palo Alto, CA 94304-1043<br>Telephone: 650-856-6500<br>Facsimile: 650-843-8777<br>Email: pabutler@ssd.com<br>Assigned: 02/04/2008<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | James E. McDonald<br>Squire Sanders & Dempsey LLP<br>600 Hansen Way<br>Palo Alto, CA 94304-1043<br>Telephone: 650-856-6500<br>Facsimile: 650-843-8777<br>Email: jmcdonald@ssd.com<br>Assigned: 02/04/2008<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| Douglas J. Rovens<br>Squire Sanders & Dempsey LLP<br>600 Hansen Way<br>Palo Alto, CA 94304-1043<br>Telephone: 650-856-6500<br>Facsimile: 650-843-8777<br>Email: drovens@ssd.com<br>Assigned: 02/04/2008<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | Steven Delchin<br>4900 Key Tower<br>127 Public Square<br>Cleveland, Ohio 44114-1304<br>Telephone: 216-479-8500<br>Facsimile: 216-479-8780<br>Email: sdelchin@ssd.com |
| **Daniel T. Balmat**<br>One Maritime Plaza, Suite 300<br>San Francisco, California 94111-3492<br>Telephone: 415-954-0383<br>Facsimile: 415.393.9887<br>Email: dbalmat@ssd.com | **United States Trustee**<br>Office of the US Trustee<br>1301 Clay Street, #690N<br>Oakland, CA 94612<br>Telephone: 510-637-3200<br>Added: 01/30/2008<br>(Miscellaneous)<br>PRO SE |
| Edward D. Jellen<br>United States Bankruptcy Court<br>Nothern District of California<br>1300 Clay Street, #300<br>Oakland, CA 94612 | U.S. Bankruptcy Appellate Panel of the Ninth Circuit<br>U.S. Bankruptcy Appellate Panel<br>125 South Grand Avenue<br>Pasadena, CA 91105 |
| USBC Manager-Oakland<br>U.S. Bankruptcy Court<br>1300 Clay Street, #300<br>Oakland, CA 94612 | |