1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   James E. McDonald (admitted *pro hac vice*)
2  Douglas J. Rovens (CA Bar No. 106562)
   Daniel T. Balmat (CA Bar No. 230504)
3  One Maritime Plaza, Third Floor
   San Francisco, CA  94111-3492
4  Telephone:     415.954.0200
   Facsimile:     415.393.9887
5  jmcdonald@ssd.com
   drovens@ssd.com
6  dbalmat@ssd.com

7  Attorneys for Appellants Protease Sciences, Inc. and
   Sonoran Desert Chemicals, L.L.C.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| PROTEASE SCIENCES, INC.,<br><br>         Appellant,<br><br>    vs.<br><br>ARRIVA PHARMACEUTICALS, INC.,<br><br>         Appellee. | Case Nos. 08-00692-SI; 08-00693-SI<br><br>Related Case Nos. 08-00691-SI; 08-00825-SI; 08-01279-SI; 99-02169-SI.<br><br>**E-FILING**<br><br>MOTION TO CONSOLIDATE APPEALS NOS. 08-00692 AND 08-00693<br><br>(Fed. R. Bankr. P. 8011) |
| SONORAN DESERT CHEMICALS, L.L.C.<br><br>         Appellant,<br><br>    vs.<br><br>ARRIVA PHARMACEUTICALS, INC.,<br><br>         Appellee. | |

Pursuant to Federal Rule of Bankruptcy Procedure 8011, Appellants Protease Sciences, Inc. ("Protease") and Sonoran Desert Chemicals, L.L.C. ("Sonoran") hereby move to consolidate the appellate briefing in Case Nos. 08-00692 and 08-00693. The facts and legal issues involved in these appeals overlap substantially, and consolidated briefing would promote efficiency and would spare the time and resources of the Court. Consolidated briefing also would permit the filing of a consolidated appendix for both appeals.

Accordingly, Protease and Sonoran respectfully request that the appeals in Case Nos. 08-00692 and 08-00693 be consolidated, and the parties directed to submit consolidated briefs for those appeals.

Respectfully submitted,

Dated: May 27, 2008                     Squire, Sanders & Dempsey L.L.P.

                                        By:            /S/
                                              Daniel T. Balmat

                                        Attorneys for Protease Sciences, Inc. and
                                        Sonoran Desert Chemicals, L.L.C..

SANFRANCISCO/264650.1
05/27/08

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

MOTION TO CONSOLIDATE APPEALS – Case Nos. 08-00692-SI and 08-00693-SI