SQUIRE, SANDERS & DEMPSEY L.L.P.
James E. McDonald (admitted *pro hac vice*)
Douglas J. Rovens (CA Bar No. 106562)
Daniel T. Balmat (CA Bar No. 230504)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
Telephone:    415.954.0200
Facsimile:    415.393.9887
jmcdonald@ssd.com
drovens@ssd.com
dbalmat@ssd.com

Attorneys for Appellants Protease Sciences, Inc. and
Sonoran Desert Chemicals, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTEASE SCIENCES, INC.,<br><br>      Appellant,<br><br>    vs.<br><br>ARRIVA PHARMACEUTICALS, INC.,<br><br>      Appellee.<br><br>SONORAN DESERT CHEMICALS, L.L.C.<br><br>      Appellant,<br><br>    vs.<br><br>ARRIVA PHARMACEUTICALS, INC.,<br><br>      Appellee. | Case Nos. 08-00692-SI; 08-00693-SI<br><br>Related Case Nos. 08-00691-SI; 08-00825-SI; 08-01279-SI; 99-02169-SI.<br><br>**E-FILING**<br><br>[PROPOSED] ORDER GRANTING APPELLANTS PROTEASE'S AND SONORAN'S MOTION TO CONSOLIDATE APPEALS NOS. 08-00692 AND 08-00693<br><br>(Fed. R. Bankr. P. 8011) |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

[PROPOSED] ORDER GRANTING APPELLANTS PROTEASE'S AND SONORAN'S MOTION TO CONSOLIDATE APPEALS NOS. 08-00692 AND 08-00693 – CASE NOS. 08-00692-SI and 08-00693-SI

1  Appellants Protease Sciences, Inc. ("Protease") and Sonoran Desert Chemicals, L.L.C.
2  ("Sonoran") have moved this Court to consolidate the appellate briefing in Case Nos. 08-00692
3  and 08-00693.
4  Having considered the papers submitted by the parties, the Court hereby **GRANTS**
5  Appellants Protease's and Sonoran's Motion to Consolidate Appeals Nos. 08-00692 and 08-
6  00693.

7

8  **IT IS SO ORDERED.**

9
10  DATED:_____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

[PROPOSED] ORDER GRANTING APPELLANTS PROTEASE'S AND SONORAN'S MOTION TO CONSOLIDATE APPEALS NOS. 08-00692 AND 08-00693 – CASE NOS. 08-00692-SI and 08-00693-SI

SQUIRE, SANDERS & DEMPSEY L.L.P.
James E. McDonald (admitted *pro hac vice*)
Douglas J. Rovens (CA Bar No. 106562)
Daniel T. Balmat (CA Bar No. 230504)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
Telephone:     415.954.0200
Facsimile:      415.393.9887
jmcdonald@ssd.com
drovens@ssd.com
dbalmat@ssd.com

Attorneys for Appellants Protease Sciences, Inc. and
Sonoran Desert Chemicals, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTEASE SCIENCES, INC.,<br><br>            Appellant,<br><br>    vs.<br><br>ARRIVA PHARMACEUTICALS, INC.,<br><br>            Appellee. | Case Nos. 08-00692-SI; 08-00693-SI<br><br>Related Case Nos. 08-00691-SI; 08-00825-SI; 08-01279-SI; 99-02169-SI.<br><br>**E-FILING**<br><br>**CERTIFICATE OF SERVICE** |
| SONORAN DESERT CHEMICALS, L.L.C.<br><br>            Appellant,<br><br>    vs.<br><br>ARRIVA PHARMACEUTICALS, INC.,<br><br>            Appellee. | |

# CERTIFICATE OF SERVICE
(Pursuant to Federal Law)

I, REGINA ARROYO, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On June 2, 2008, I served the following document described as:

**[PROPOSED] ORDER GRANTING APPELLANTS PROTEASE'S AND SONORAN'S MOTION TO CONSOLIDATE APPEALS NOS. 08-00692 AND 08-00693**

was served on the party(ies) as set forth below:

**SEE ATTACHED SERVICE LIST**

Service was accomplished as follows:

☒ Via United States District Court Electronic Filing Service on the party(ies) as set forth on the attached service list.

**AND/OR**

☒ By U.S. Mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal collection date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 2, 2008, at San Francisco, California.

By:   */s/ Regina Arroyo*
      Regina Arroyo

# SERVICE LIST

**BY ELECTRONIC MAIL**
**TO E-FILING PARTIES:**

| | |
|---|---|
| Michael H. Ahrens | *Attorneys for Appellee* |
| Ori Katz | *Arriva Pharmaceuticals Inc.* |
| Sheppard Mullin Richter & Hampton LLP | |
| Four Embarcadero Center, 17th Floor | |
| San Francisco, CA  94111-4106 | |
| Telephone:   (415) 434-9100 | |
| Facsimile:    (415) 434-3947 | |

**BY U.S. MAIL**
**TO NON-E-FILING PARTIES:**

| | |
|---|---|
| Michael Magayne Lauter | *Attorneys for Appellee* |
| Timothy Charles Perry | *Arriva Pharmaceuticals Inc.* |
| Sheppard Mullin Richter & Hampton LLP | |
| Four Embarcadero Center, 17th Floor | |
| San Francisco, CA  94111-4106 | |
| Telephone:   (415) 434-9100 | |
| Facsimile:    (415) 434-3947 | |

*Miscellaneous Bankruptcy Judge*     *Miscellaneous USBC Manager-Oakland*

| | |
|---|---|
| **Edward D. Jellen** | U.S. Bankruptcy Court |
| U.S. Bankruptcy Court | 1300 Clay Street, Third Floor |
| 1300 Clay Street, Third Floor | Oakland, CA  94612 |
| Oakland, CA  94612 | Telephone:   (510) 879-3600 |
| Telephone:   (510) 879-3600 | |

*Official Committee of Creditors Holding Unsecured Claims*

**c/o Michael D. Cooper**
**c/o Tracy Green**
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607
Telephone:   (510) 834-6600
Facsimile:    (510) 834-1928