SHEPPARD, MULLIN, RICHTER & HAMPTON
A Limited Liability Partnership
MICHAEL H. AHRENS, Cal. Bar No. 44766
ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER, Cal. Bar No. 246048
TIMOTHY C. PERRY, Cal. Bar No. 248543
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Appellee Arriva Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTEASE SCIENCES, INC., <br><br> Appellant, <br><br> vs. <br><br> ARRIVA PHARMACEUTICALS, INC., <br><br> Appellee. | Case Nos. 08-00692-SI; 08-00693-SI <br><br> Related Case Nos. 08-00691-SI; 08-00825-SI; 08-01279-SI; 99-02169-SI. <br><br> **E-FILING** <br><br> ARRIVA PHARMACEUTICALS' STATEMENT OF NON-OPPOSITION TO MOTION TO CONSOLIDATE APPEALS NOS. 08-00692 AND 08-00693 |
| SONORAN DESERT CHEMICALS, L.L.C. <br><br> Appellant, <br><br> vs. <br><br> ARRIVA PHARMACEUTICALS, INC., <br><br> Appellee. | |

---

ARRIVA PHARMACEUTICALS' STATEMENT OF NON-OPPOSITION
Case Nos. 08-00692-SI and 08-00693-SI

1   On May 27, 2008 Protease Sciences, Inc. ("Protease") and Sonoran Desert Chemicals L.L.C., appellants in appeals numbers 08-00692 (the "Protease appeal") and 08-00693 (the "Sonoran appeal"), respectively, filed a motion to consolidate the Protease appeal and the Sonoran appeal (the "Motion to Consolidate").

  Appellee Arriva Pharmaceuticals, Inc. ("Arriva") has no opposition to the Motion to Consolidate.

Respectfully submitted,

Dated: June 3, 2008

Sheppard, Mullin, Richter & Hampton

By: _____
Timothy C. Perry

Attorneys for Arriva Pharmaceuticals, Inc.

---

ARRIVA PHARMACEUTICALS' STATEMENT OF NON-OPPOSITION
Case Nos. 08-00692-SI and 08-00693-SI