1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  ORI KATZ, Cal. Bar No. 209561
   MICHAEL M. LAUTER, Cal. Bar No. 246048
4  TIMOTHY C. PERRY, Cal. Bar No. 248543
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947

7  Attorneys for ARRIVA PHARMACEUTICALS, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10            On Appeal from the United States Bankruptcy Court
                     for the Northern District of California
11                          Hon. Edward D. Jellen

| | |
|---|---|
| In re<br>ARRIVA PHARMACEUTICALS, INC., a California Corporation,<br>           Reorganized Debtor-Appellee. | No. 08-0691-SI<br><br>(Appeal from Chapter 11 Bankruptcy Case No. 07-42767) |
| PROTEASE SCIENCES, INC.,<br>           Claimant-Appellant,<br>v.<br>ARRIVA PHARMACEUTICALS, INC.,<br>           Debtor-Appellee,<br><br>SONORAN DESERT CHEMICALS, LLC,<br>           Claimant-Appellant,<br>v.<br>ARRIVA PHARMACEUTICALS, INC.,<br>           Debtor-Appellee. | CASE NOS. 08-0692-SI and 08-0693-SI<br><br>(Appeals from Chapter 11 Bankruptcy Case No. 07-42767) |
| ALPHAMED PHARMACEUTICALS CORP.,<br>           Plaintiff-Appellant,<br>v.<br>ARRIVA PHARMACEUTICALS, INC.,<br>           Defendant-Appellee. | No. 08-00825-SI<br><br>(Appeal from Adversary Proceeding No. 07-4181 in Chapter 11 Bankruptcy Case No. 07-42767)<br><br>**NOTIFICATION OF MANUAL FILING OF COMBINED SPECIAL APPENDIX FOR CASE NOS. 08-0691, 08-0692, 08-0693 AND 08-0825** |

Please take notice that Debtor-Defendant-Appellee Arriva Pharmaceuticals, Inc. has manually filed the following document:

**COMBINED SPECIAL APPENDIX FOR CASE NOS. 08-0691, 08-0692, 08-0693 AND 08-0825**

This document was not filed electronically because the file size of the document exceeds that which the e-filing system allows.

This document has been manually served on all parties.

DATED: June 25, 2008

                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By        /s/ Timothy C. Perry
                        TIMOTHY C. PERRY

                          Attorneys for
                      ARRIVA PHARMACEUTICALS, INC.