| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | MAR 12 2009 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| In the Matter of: ARRIVA PHARMACEUTICALS INC. | No. 08-16871 |
| | D.C. Nos. 3:08-cv-00692-SI<br>3:08-cv-00693-SI |
| PROTEASE SCIENCES, INC.; et al., | Northern District of California, San Francisco |
| Appellants, | |
| v. | ORDER |
| ARRIVA PHARMACEUTICALS, INC., | |
| Appellee. | |

Pursuant to appellants' non-opposition to the motion to dismiss this appeal as moot, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kenneth Sogabe
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

KS/MOATT